| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-14801 / MBK**

Margaret M Caivano

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/08/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/29/2021 | $400.00 | 78405340 | 08/02/2021 | $400.00 | 78467140 | 08/26/2021 | $400.00 | 79036960 |
| 10/27/2021 | $400.00 | 80393660 | 11/04/2021 | $400.00 | 80634100 | 11/23/2021 | $400.00 | 81003650 |
| 01/12/2022 | $400.00 | 82061850 | 02/01/2022 | $400.00 | 82471190 | | | |

**Total Receipts for the Period:  $3,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret M Caivano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees | $1,370.00 | $0.00 | $1,370.00 |
| | | No Disbursements: No Check | | | |
| 1 | BANK OF AMERICA | Unsecured Creditors | $3,387.31 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $20,785.91 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,173.65 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,895.84 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $1,821.97 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $8,095.87 | $0.00 | $0.00 |
| 7 | SYNCHRONY BANK<br>»»  LOWES CC | Unsecured Creditors | $4,730.13 | $0.00 | $0.00 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $162.86 | $0.00 | $0.00 |
| 9 | MATRIX FINANCIAL SERVICES CORPORATION<br>»»  P/68 BONNIE DR/1ST MTG | Mortgage Arrears | $33,941.60 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14801 / MBK**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $272.40 | Arrearages: | $0.00 |
| Funds on Hand: | $2,927.60 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

