| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-14801 / MBK**

Margaret M Caivano

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 02/23/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2022 | $400.00 | 82061850 | 02/01/2022 | $400.00 | 82471190 | 03/16/2022 | $525.00 | 83436900 |
| 04/18/2022 | $525.00 | 83994640 | 05/17/2022 | $525.00 | 84725300 | 06/24/2022 | $525.00 | 85469390 |
| 07/18/2022 | $525.00 | 85937220 | 08/10/2022 | $525.00 | 86408370 | 10/04/2022 | $525.00 | 87429480 |
| 10/26/2022 | $607.00 | 87878660 | 12/01/2022 | $607.00 | 88555890 | 01/04/2023 | $607.00 | 89151910 |
| 01/20/2023 | $607.00 | 89503600 | 02/07/2023 | $607.00 | 89861850 | 03/08/2023 | $607.00 | 90443530 |

**Total Receipts for the Period: $8,117.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,517.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret M Caivano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,370.00 | $1,370.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $3,387.31 | $324.21 | $3,063.10 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $20,785.91 | $1,989.44 | $18,796.47 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,173.65 | $1,165.14 | $11,008.51 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,895.84 | $660.01 | $6,235.83 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $18,821.97 | $1,801.47 | $17,020.50 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $8,095.87 | $774.82 | $7,321.05 |
| 7 | SYNCHRONY BANK<br>»» LOWES CC | Unsecured Creditors | $4,730.13 | $452.73 | $4,277.40 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $162.86 | $15.58 | $147.28 |
| 9 | MATRIX FINANCIAL SERVICES CORPORATION<br>»» P/68 BONNIE DR/1ST MTG/LOAN MOD ORDER 8/23/22 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14801 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,517.00 | Plan Balance: | $23,148.00 ** |
| Paid to Claims: | $8,553.40 | Current Monthly Payment: | $607.00 |
| Paid to Trustee: | $837.00 | Arrearages: | ($525.00) |
| Funds on Hand: | $1,126.60 | Total Plan Base: | $33,665.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.