| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 21-14801 / MBK

Margaret M Caivano

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 02/23/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $607.00 | 89151910 | 01/20/2023 | $607.00 | 89503600 | 02/07/2023 | $607.00 | 89861850 |
| 03/08/2023 | $607.00 | 90443530 | 04/24/2023 | $607.00 | 91224170 | 05/26/2023 | $607.00 | 91868470 |
| 07/03/2023 | $607.00 | 92526780 | 08/01/2023 | $607.00 | 93047220 | 09/01/2023 | $607.00 | 93580100 |
| 10/03/2023 | $607.00 | 94100100 | 11/02/2023 | $607.00 | 94606610 | 12/01/2023 | $607.00 | 95100810 |
| 01/02/2024 | $607.00 | 95606920 | | | | | | |

**Total Receipts for the Period:  $7,891.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret M Caivano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,370.00 | $1,370.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $3,387.31 | $577.52 | $2,809.79 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $20,785.91 | $3,543.93 | $17,241.98 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,173.65 | $2,075.57 | $10,098.08 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,895.84 | $1,175.69 | $5,720.15 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $18,821.97 | $3,209.09 | $15,612.88 |
| 6 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $8,095.87 | $1,380.32 | $6,715.55 |
| 7 | LVNV FUNDING LLC<br>»»  LOWES CC/SYNCHRONY | Unsecured Creditors | $4,730.13 | $806.47 | $3,923.66 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $162.86 | $15.58 | $147.28 |
| 9 | MATRIX FINANCIAL SERVICES CORPORATION<br>»»  P/68 BONNIE DR/1ST MTG/LOAN MOD ORDER 8/23/22 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14801 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,980.00 | Plan Balance: | $17,685.00 ** |
| Paid to Claims: | $14,154.17 | Current Monthly Payment: | $607.00 |
| Paid to Trustee: | $1,257.02 | Arrearages: | $82.00 |
| Funds on Hand: | $568.81 | Total Plan Base: | $33,665.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**