B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Margaret M Caivano, Case No. 21-14801-MBK

## TRANSFER OF SERVICING FOR CLAIM #9

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the servicing transfer, for security, of the claim referenced in this evidence and notice.

New Servicer

TH MSR Holdings LLC fka Matrix Financial Services Corporation
c/o RoundPoint Mortgage Servicing, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Roundpoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715

Phone: 877-426-8805
Last Four Digits of Acct #: 7466

Name and Address where transferee payments should be sent (if different from above):
Roundpoint Mortgage Servicing LLC
P.O. Box 19409
Charlotte, NC 28219-9409

Phone: 877-426-8805
Last Four Digits of Acct #: 7466

Old Servicer

Matrix Financial Services Corporation
c/o RoundPoint Mortgage Servicing, LLC
Name of Transferor

Court Claim # (if known): 9
Amount of Claim: $400,747.19
Date Claim Filed: 08/13/2021

Phone: 877-426-8805
Last Four Digits of Acct. #: 7466

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Sarah K. McCaffery
Transferee/Transferee's Agent

Date: 11/08/2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Pincus Law Group, PLLC**

Smccaffery@pincuslaw.com
Sarah K. McCaffery, Esquire
Five Greentree Centre
525 Route 73 North, Suite 309
Marlton, NJ 08053
(516)-699-8902
ATTORNEYS FOR TH MSR Holdings LLC f/k/a Matrix Financial Services Corporation c/o RoundPoint Mortgage Servicing

In Re:

Margaret M Caivano
DEBTOR

Case No.: 21-14801
Chapter: 13
Hearing Date: n/a
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Sarah K. McCaffery:

☒ represent the Movant in the above-captioned matter.

☐ am the secretary/paralegal for Pincus Law Group, PLLC, who represents in the above captioned matter.

☐ am the __________________ in the above case and am representing myself.

2. On November 8, 2024 I sent a copy of the following pleadings and/or documents to the parties listed below:

Transfer of Servicing of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 8, 2024 /s/ Sarah K. McCaffery

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Margaret M Caivano<br>68 Bonnie Dr.<br>Manalapan, NJ 07726 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | DEBTOR ATTORNEY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other__________________<br>(as authorized by the court *) |

| | | |
|---|---|---|
| | | |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.