Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 21-14801 / MBK**

Margaret M Caivano

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 02/23/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $607.00 | 95606920 | 02/01/2024 | $607.00 | 96107310 | 02/23/2024 | $607.00 | 96476800 |
| 03/21/2024 | $607.00 | 96934850 | 04/10/2024 | $607.00 | 97288520 | 05/15/2024 | $607.00 | 97858780 |
| 07/03/2024 | $607.00 | 98610080 | 07/31/2024 | $607.00 | 99063230 | 09/03/2024 | $607.00 | 99553780 |
| 09/19/2024 | $607.00 | 99853160 | 10/15/2024 | $607.00 | 10026603 | 12/02/2024 | $607.00 | 10098716 |

**Total Receipts for the Period: $7,284.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,264.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret M Caivano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,370.00 | $1,370.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $3,387.31 | $885.10 | $2,502.21 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $20,785.91 | $5,431.43 | $15,354.48 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,173.65 | $3,181.01 | $8,992.64 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,895.84 | $1,801.90 | $5,093.94 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $18,821.97 | $4,918.25 | $13,903.72 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $8,095.87 | $2,115.47 | $5,980.40 |
| 7 | LVNV FUNDING LLC<br>»» LOWES CC/SYNCHRONY | Unsecured Creditors | $4,730.13 | $1,236.00 | $3,494.13 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $162.86 | $31.39 | $131.47 |
| 9 | TH MSR HOLDINGS LLC<br>»» P/68 BONNIE DR/1ST MTG/LOAN MOD ORDEF<br>8/23/22/MATRIX | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14801 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,264.00 | Plan Balance: | $10,401.00 ** |
| Paid to Claims: | $20,970.55 | Current Monthly Payment: | $607.00 |
| Paid to Trustee: | $1,726.87 | Arrearages: | $82.00 |
| Funds on Hand: | $566.58 | Total Plan Base: | $33,665.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**