Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-14801 / MBK**

Margaret M Caivano

Petition Filed Date: 06/11/2021
341 Hearing Date: 07/08/2021
Confirmation Date: 02/23/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2025 | $607.00 | 10143890 | 02/03/2025 | $607.00 | 10187328 | 03/10/2025 | $607.50 | |
| 03/26/2025 | $607.50 | | 05/08/2025 | $607.50 | | 06/09/2025 | $607.50 | |
| 07/02/2025 | $607.50 | | 08/08/2025 | $607.50 | | 08/28/2025 | $607.50 | |
| 10/06/2025 | $607.50 | | 10/29/2025 | $607.50 | | 11/26/2025 | $607.50 | |
| 01/06/2026 | $607.50 | | 01/30/2026 | $607.50 | | 02/19/2026 | $607.50 | |

**Total Receipts for the Period: $9,111.50 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $31,768.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Margaret M Caivano | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,370.00 | $1,370.00 | $0.00 |
| 1 | BANK OF AMERICA | Unsecured Creditors | $3,387.31 | $1,187.03 | $2,200.28 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $20,785.91 | $7,284.05 | $13,501.86 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $12,173.65 | $4,266.04 | $7,907.61 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,895.84 | $2,416.52 | $4,479.32 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $18,821.97 | $6,595.82 | $12,226.15 |
| 6 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $8,095.87 | $2,837.05 | $5,258.82 |
| 7 | LVNV FUNDING LLC<br>»» LOWES CC/SYNCHRONY | Unsecured Creditors | $4,730.13 | $1,657.59 | $3,072.54 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $162.86 | $47.39 | $115.47 |
| 9 | TH MSR HOLDINGS LLC<br>»» P/68 BONNIE DR/1ST MTG/LOAN MOD ORDEF<br>8/23/22/MATRIX | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14801 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,768.50 | Plan Balance: | $1,896.50 ** |
| Paid to Claims: | $27,661.49 | Current Monthly Payment: | $607.00 |
| Paid to Trustee: | $2,409.71 | Arrearages: | ($531.50) |
| Funds on Hand: | $1,697.30 | Total Plan Base: | $33,665.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**