Certificate Number: 05781-NJ-DE-041314332

Bankruptcy Case Number: 21-14801

05781-NJ-DE-041314332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2026, at 3:26 o'clock PM PDT, Margaret Caivano completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 11, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President